BLANK ROME, LLP
Attorneys for Plaintiff
MAP MARINE LIMITED
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

**JUDGE CROTTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**'08 CIV 3771**

MAP MARINE LIMITED,

    Plaintiff,

-against-

CHINA CONSTRUCTION BANK CORP.,

    Defendants.

08 Civ.

**RULE 7.1 STATEMENT**



RECEIVED APR 21 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff MAP MARINE LIMITED certifies that, according to information provided to counsel by its clients, MAP MARINE LIMITED is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
           April 21, 2008

BLANK ROME, LLP
Attorneys for Plaintiff
MAP MARINE LIMITED

By _/s/ Jack A. Greenbaum_
    Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

311817.1
129482.00601/6633351v.1

1