BLANK ROME, LLP
Attorneys for Plaintiff
MAP MARINE LIMITED
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAP MARINE LIMITED,

    Plaintiff,

-against-

CHINA CONSTRUCTION BANK CORP.,

    Defendant.

08 Civ. 3771 (PAC)

**ORDER**

    The Court having conducted a pre-motion conference on June 18, 2008 regarding the parties' intended motions and cross-motions, and Plaintiff having requested an opportunity to amend the complaint to add an additional party, it is

    ORDERED that Plaintiff shall file its Amended Complaint on or before June 23, 2008 and serve it upon the additional defendant on or before June 25, 2008, and it is further

    ORDERED that all parties are directed to appear for a conference on July 22, 2008 at 4:30 P.M. in Courtroom 20-C of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, N. Y.

Dated: June /{ 2008

                                  _____
                                  Hon. Paul A. Crotty
                                  United States District Judge



BLANK ROME LLP
COUNSELORS AT LAW

Phone: (212) 885-5284
Fax: (917) 332-3834
Email: JGreenbaum@BlankRome.com

June 18, 2008

<u>BY FAX</u> (212) 805-6304

Hon. Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 735
New York, New York 10007-1312

   Re: Map Marine Limited v. China Construction Bank Corp.
     08 Civ. 3771 (PAC)
     <u>Our Ref. No. 129482-00601</u>

Dear Judge Crotty:

Please find attached a proposed Order as discussed at this morning's conference.

           Respectfully submitted,

           Jack A. Greenbaum

JAG:dk

cc: <u>By Fax</u> (212) 878-8606
  Kenneth J. Kelly, Esq.
  Epstein Becker & Green, P.C.
  Attorneys for Defendant