EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAP MARINE LIMITED,

                          Plaintiff(s),

      -against-

CHINA CONSTRUCTION BANK CORP. and
BANCA MONTE DEI PASCHI DI SIENA SPA,

                          Defendant(s).
-------------------------------------------------------------------X

Case No: 08 CV 3771
AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                           :s.s:
COUNTY OF QUEENS   )

        EDDIE SANTAMARIA, being duly sworn, deposes and says:

        I am not a party to this action, am over the age of eighteen years, and reside in the State of New York.

        On the 23rd day of June, 2008, at approximately 2:15 p.m. at 55 East 59th Street, 8th Floor, New York, New York, I served a true signed copy of the ORDER, dated June 18, 2008, by the Honorable Paul A. Crotty; SUPPLEMENTAL SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE PAUL A. CROTTY, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON and ELECTRONIC CASE FILING RULES & INSTRUCTIONS in the above entitled-action, upon BANCA MONTE DEI PASCHI DI SIENA SPA, defendant herein named, by personally delivering to and leaving thereat true signed copies of the above mentioned documents with Brian Landy. At time of service, Mr. Landy identified himself as the Vice President of Legal and Compliance for Banca Monte Dei Paschi Di Siena Spa and as a person authorized to accept service of process for Banca Monte Dei Paschi Di Siena Spa.

Mr. Landy is a Caucasian male, approximately 55-60 years of age, 5'10" tall, 190 lbs, with gray hair and light eyes and wore glasses.

Sworn to before me this,
23rd day of June, 2008

_____
NOTARY PUBLIC

CLENDY J. CALDERON
Notary Public, State of New York
No. 01CA6115564
Qualified in Queens County
Commission Expires September 7, 2008

_____
EDDIE SANTAMARIA
License no. 1102704