BLANK ROME, LLP
Attorneys for Plaintiff
MAP MARINE LIMITED
Jack A. Greenbaum (JG 0039)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAP MARINE LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>CHINA CONSTRUCTION BANK CORP. and BANCA MONTE DEI PASCHI DI SIENA SPA,<br><br>Defendants. | 08 Civ. 3771 (PAC)<br><br>**STIPULATION OF DISCONTINUANCE ON CONSENT AND ORDER THEREON PURSUANT TO F.R. CIV. P. 41(a)(2)** |

WHEREAS Plaintiffs and answering defendants CHINA CONSTRUCTION BANK CORP. and BANCA MONTE DEI PASCHI DI SIENA SPA, have agreed to dismissal of the complaint without prejudice and without costs.

IT IS NOW ORDERED that pursuant to F.R. Civ. P. 41(a)(2) the action be dismissed without prejudice and without costs as to answering defendants CHINA CONSTRUCTION BANK CORP. and BANCA MONTE DEI PASCHI DI SIENA SPA.

Dated: August      , 2008

---------------------------------
Hon.
         U.S.D.J.

129482.00601/6662906v.1

We consent to entry of the foregoing Order:

BLANK ROME LLP

By: _____
Jack A. Greenbaum
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
jgreenbaum@blankrome.com
*Attorneys for Plaintiff*
*Map Marine Limited*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Kenneth J. Kelly
250 Park Avenue
New York, New York 10177
(212) 351-4500
kkelly@ebglaw.com
*Attorneys for Defendant*
*China Construction Bank Corp.*

REED SMITH LLP

By: _____
Steven Cooper
599 Lexington Avenue
New York, New York 10022
(212) 205-6027
scooper@reedsmith.com
*Attorneys for Defendant*
*Banca Monte Dei Paschi Di Siena SPA*

2

129482.00601/6662906v.1